```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 10065
   REYES Q NEVAREZ
   EMILIA NEVAREZ                               CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
          Debtor
   SSN XXX-XX-6852      SSN XXX-XX-8706

---------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/12/04 and confirmed on 08/27/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  20400.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME EQUITY | CURRENT MORTG | .00 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 742.12 | .00 | 742.12 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6101.08 | .00 | 3385.83 |
| BANK OF WAUKEGAN | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11906.75 | .00 | 6607.73 |
| CALVARY INVESTMENTS | UNSECURED | 3340.19 | .00 | 1853.66 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD TAXMASTERS | UNSECURED | 2831.63 | .00 | 1571.43 |
| ROUNDUP FUNDING LLC | UNSECURED | 611.40 | .00 | 339.30 |
| CERTIFIED SERVICES INC | UNSECURED | 518.01 | .00 | 287.47 |
| NAFS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | NOT FILED | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3761.21 | .00 | 2087.31 |
| UNION ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 63.20 | .00 | 35.07 |
| INTERNAL REVENUE SERVICE | UNSECURED | 240.74 | .00 | 133.60 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | 742.12 | 29374.21 | .00 | 30116.33 |
| PRINCIPAL PAID | .00 | 742.12 | 16301.40 | .00 | 17043.52 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                         .00       742.12     16301.40          .00    17043.52
```
The Debtor's attorney, KENNETH S BORCIA & ASSOC         , was allowed $   2700.00
and was paid $    437.00   direct and $   2263.00   through the plan.

The Trustee received $    907.08 .

Refunds to the Debtor totaled $    186.40 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/13/09                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 10065 REYES Q NEVAREZ & EMILIA NEVAREZ